

Emre M. Polat
Admitted NY & NJ Bars
Tel.:(212) 480-4500
emre@emrelaw.com

**VIA ECF**

December 11, 2019

Honorable Jesse M. Furman, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    *Akin Ucarer v. Ala Turka Inc., et al.*
              **Civil Action No. 19-CV-05943-JMF-KHP**

> Application GRANTED. The Court approves of the parties' settlement efforts. Accordingly, the initial conference scheduled for December 16, 2019, is hereby ADJOURNED to **February 11, 2020, at 3:00 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Should the conference occur, the parties are reminded to make their pre-conference submissions in accordance with the Notice of Initial Pretrial Conference. *See* ECF No. 6.
>
> The Clerk of Court is directed to terminate ECF No. 39. SO ORDERED.
>
> *[signature]*
>
> December 12, 2019

Dear Judge Furman:

    This office represents the Defendants in the above-referenced matter. We write jointly with the consent of Plaintiff's counsel to respectfully request an adjournment of the Initial Conference scheduled for December 16, 2019. This is the parties' first request of its kind.

    The reason for the request is that the parties attended a settlement conference with Hon. Parker on December 4, 2019 wherein the parties agreed to continue to engage in an exchange of further documents and resume discussions. The parties are to report to Hon. Parker on January 16, 2019 regarding status of such discussions.

    Accordingly, the parties jointly request that the Initial Conference scheduled for December 16, 2019 be adjourned to February 4, 2020 or any other date the Court deems proper.

    We thank Your Honor for this consideration.

                                                       Respectfully,

                                                       */s/ Emre Polat*

                                                       Emre Polat