# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.
Suite 301-A
Astoria, NY 11103

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/16/2020

January 15, 2020

Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Ucarer v. ALA Turk, Inc. et al, 19-cv-5943 (JMF)

Your Honor,

I write jointly with Defendants' counsel to apprise the Court of the current state of settlement discussions between the parties. At the last mediation session with Your Honor, the parties had agreed to exchange some material – particularly confidential material relating to Defendants' purported financial condition – in order to see if a continued mediation session with the Court would be productive.

Defendants have produced material for the review of the undersigned. However, after discussions between counsel for Defendants and Plaintiff, the parties agree that a further mediation session at this time would not likely be productive.

Counsel for the parties have a fine working relationship and the parties intend to continue discussions and to exchange information going forward. The parties do not want to burden Your Honor's calendar and defer to the Court as to whether the currently scheduled telephone conference on January 16, 2020 should be held. An initial scheduling conference has already been scheduled for February 11, 2020 and the parties will attend and continue discussions throughout the litigation.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*

**APPLICATION GRANTED:** The Telephone Conference in this matter scheduled for Thursday, January 16, 2020 a 10:00 a.m. is hereby adjourned.

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

01/16/2020