# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.                                                                                       Telephone: (347) 687-2019
Suite 301-A                                                                                                    cmulhollandesq@gmail.com
Astoria, NY 11103

November 17th, 2020

Honorable Jesse M. Furman
United States District Judge
40 Foley Square
New York, NY 10007

Re: Ucarer v. ALA Turk, Inc. et al, 19-cv-5943 (JMF)

Your Honor,

I jointly with Defendants to respectfully request, in the interests of justice, that the briefing schedule be modified to permit Plaintiff to submit his supplemental opposition brief tomorrow on November 18th, 2020, *nunc pro tunc*, and Defendants be permitted to submit their supplemental reply brief on Monday November 30th, 2020.

Presently, Plaintiff was scheduled to submit his supplemental opposition brief on November 11th, 2020 and Defendants to submit their supplemental reply brief on November 18th, 2020. The undersigned mistakenly calendared the November 18th, 2020 date for the Plaintiff's opposition brief.

The undersigned has spoken with counsel for Defendants and Defendants have consented to this application.

Application GRANTED as to the opposition brief, but the reply shall be filed by November 24, 2020. The Clerk of Court is directed to terminate ECF No. 65.

SO ORDERED.

*[signature]*

November 17, 2020

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*